AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, D. Brooks | Third Circuit Court of Appeals | 05/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge-Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Court of Appeals, Ste 203<br>1798 Old Route 220N<br>Duncansville, PA 16635 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Mount Aloysius College, Cresson, PA |
| 2. Board of Counselors | Penn State University - Dickinson School of Law |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Smith. D. Brooks

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | The Pennsylvania State University-Dickinson Law School-Adjunct Professor Spring Semester- See Part VIII | $23,578.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Reliance Bank - Vice President, Business Banker II - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mount Aloysius College | 03/12/2010-03/14-2010 | Pittsburgh, PA | Board of Trustees President Search Committee | Food and lodging |
| 2. | University of Virginia School of Law | 04/09/2010-04/11/2010 | Charlottesville, VA | Moot Court Competition | Travel, food and lodging |
| 3. | St John's University School of Law | 04/13/2010-04/14/2010 | Queens, NY | Moot Court Competition | Travel, food and lodging |
| 4. | Penn State University Dickinson School of Law | 03/25/2010-03/26/2010 | Carlisle, PA | Speaker in CLE Program | Travel, food and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, D. Brooks | 05/15/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Arizona State University Sandra Day O'Connor College of Law | 04/24/2010-04/27/2010 | Phoenix, AZ | Legal Program | Travel, food and lodging |
| 6. | University of Pittsburgh School of Law | 05/05/2010-05/06/2010 | Pittsburgh, PA | Speaker in CLE Program | Travel, food and lodging |
| 7. | Foundation for Research on Economics & the Environment | 08/06/2010-08/12/2010 | Bozeman, MT | Educational Program | Travel, food and lodging |
| 8. | New York Law School | 09/25/2010-09/27/2010 | New York, NY | Moot Court Competition | Travel, food and lodging |
| 9. | Academy of Trial Lawyers | 10/6/2010-10/7/2010 | Farmington, PA | Bar Association Meeting | Travel, food and lodging |
| 10. | Duquesne University Law School | 11/4/2010-11/05/2010 | Pittsburgh, PA | Speaker at Legal Seminar | Travel, food and lodging |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Reliance Bank Certificate of Deposit | A | Interest | K | T | | | | | |
| 2. FNB Corp (common) | A | Dividend | J | T | | | | | |
| 3. Fifth Third Bancorp | A | Dividend | J | T | | | | | |
| 4. AST JP Morgan Strategic Opportunities Port 1,4 | A | Int./Div. | L | T | Sold (part) | 06/01/10 | K | | |
| 5. AST Academic Strategies Asset Allocation 1 | A | Dividend | L | T | Sold (part) | 06/01/10 | L | | |
| 6. M&T Bank (common) | C | Dividend | M | T | | | | | |
| 7. Principal Global Investors (1) Principal Money Market | A | Int./Div. | K | T | | | | | |
| 8. Principal Global Investors (1) Bond & Mortgage | A | Int./Div. | J | T | | | | | |
| 9. Principal Real Estate Inv (1) Principal US Property | A | Int./Div. | K | T | | | | | |
| 10. Principal Global Investors (1) Prin LargeCap S&P 500 Inde | A | Int./Div. | K | T | | | | | |
| 11. Principal Global Investors (1) Principal SmallCap Growth | A | Int./Div. | | | Sold | 10/15/10 | J | B | |
| 12. Principal Global/Barrow Hanley (1) MidCap Value III | A | Int./Div. | K | T | | | | | |
| 13. Principal Global Investors/DFA (1) International SmallCap | A | Int./Div. | K | T | | | | | |
| 14. Northwestern Mutual Life I s(Universal Life Policies) | D | Dividend | M | T | | | | | |
| 15. Reliance Bank IRA | B | Interest | L | T | | | | | |
| 16. Reliance Bank IRA 2 | B | Interest | L | T | | | | | |
| 17. Reliance Bank-Checking Account | A | Interest | L | T | | | | | |

| 1. Income Gain Code: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Reliance Bank-Checking Account | A | Interest | J | T | | | | | |
| 19. Reliance Bank-Checking Account (X)(3) | A | Interest | K | T | | | | | |
| 20. Schroeders Multi Asset World Strategies (1) | A | Int./Div. | K | T | Buy | 06/01/10 | K | | |
| 21. AST CLS Moderate Asset Allocation (1) | A | Int./Div. | L | T | Buy | 06/01/10 | L | | |
| 22. AllianceBernstein/CCI/Brown SmallCap Growth (1) | A | Int./Div. | J | T | Buy | 10/15/10 | J | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IIIA: Represents services from 01/11/2010 through 04/26/2010

Part VII:
1) Held in _____ Reliance Bank 401(k)
2) Self directed IRA
3) Reliance Bank-Checking Account asset inadvertantly admitted from prior year report
4) AST UBS Dynamic Alpha changed names to AST JP Morgan Strategic Opportunities Port on 3/10/2010

| Name of Person Reporting | Date of Report |
| --- | --- |
| Smith, D. Brooks | 05/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544